UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DIMAS ALEXANDER MEJIA GARAH,<br>Defendant. | CASE NO. CR26-124<br><br>DETENTION ORDER |

Offense charged:

1. Reentry of Removed Alien

Date of Detention Hearing: July 29, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, as well as the reasons stated on the record at the hearing, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has multiple prior convictions for controlled substances offenses. He was present in Court upon a writ from state custody. He does not contest detention at this time.

2. There does not appear to be any condition or combination of conditions that will ensure the safety of the community or reasonably assure the Defendant's appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 30th Day of July, 2026.

S. KATE VAUGHAN
United States Magistrate Judge